*1085 ante, p. 833;
*1086 No. 02-10748.
No. 02-10757.
No. 02-10786. No. 02-10839.
No. 02-10856.
No. 02-10951.
No. 02-11038.
No. 02-11090.
No. 02-11156.
No. 02-11381.
No. 03-16.
No. 03-122.
No. 03-5026.
No. 03-5092.
No. 03-5106.
No. 03-5332.
No. 03-5390.
No. 03-5829.
No. 03-5874.
No. 03-5889.
No. 03-5956.
No. 03-6055.
No. 03-6088.
ante, p. 836;
ante, p. 836;
ante, p. 837;
ante, p. 839;
ante, p. 840;
ante, p. 845;
ante, p. 850;
ante, p. 854;
ante, p. 858;
ante, p. 872;
ante, p. 946;
ante, p. 878;
ante, p. 808;
ante, p. 887;
ante, p. 888;
ante, p. 902;
ante, p. 906;
ante, p. 955;
ante, p. 956;
ante, p. 957;
ante, p. 969;
ante, p. 959; and
ante, p. 959. Petitions for rehearing denied.